UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NEW YORK 10007-1581

CHAMBERS OF
DEBRA FREEMAN
UNITED STATES MAGISTRATE JUDGE

April 4, 2008

Mr. William Ortiz
#19003-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

    Re:   *Ortiz v. United Parcel Service,*
           No. 08 Civ. 02210 (JSR) (DF)

Dear Mr. Ortiz:

    This case has been referred to me by Judge Rakoff for general pretrial supervision.

    You are required to arrange for prompt service of the Summons and Complaint on the defendants by filling out and forwarding to the U.S. Marshal the forms provided to you by this Court's Pro Se Office.

    Rule 4(m) of the Federal Rules of Civil Procedure provides:

        **Summons: Time Limit for Service.** If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

    The Complaint in this action was filed on January 30, 2008. Accordingly, if service is not made upon the defendants by May 27, 2008, and you have not shown good cause for such failure to serve, I will recommend to Judge Rakoff that the action be dismissed.

       If you need any assistance with court procedures, contact the Pro Se Office at the United States Courthouse, 500 Pearl Street, Room 230, New York, New York 10007.  The telephone number for the Pro Se Office is (212) 805-0175.  The office does not accept collect calls.

                                                    Very truly yours,

                                                    Debra Freeman
                                                  United States Magistrate Judge