UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM ORTIZ,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE,<br><br>     Defendant. | Index No.: 08 Civ. 2210 (JSR) (DF) |

### DEFENDANT UNITED PARCEL SERVICE, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant United Parcel Service, Inc. hereby discloses that United Parcel Service, Inc., a Delaware corporation, is the ultimate parent of United Parcel Service of America, Inc. and United Parcel Service, Inc., an Ohio corporation. United Parcel Service, Inc., a Delaware corporation, is the only UPS-related entity that has outstanding common stock issued in a public offering and the only owner of United Parcel Service of America, Inc. and United Parcel Service, Inc., an Ohio corporation that does. United Parcel Service, Inc., a Delaware corporation, and United Parcel Service of America, Inc. each has outstanding debt securities that were issued in public offerings.

- 2 -

Respectfully submitted this /7 day of April, 2008.

ALSTON & BIRD LLP

By: *Judy Amorosa* (JA4027)
Karl Geercken, Esquire
Judith Amorosa, Esquire
90 Park Avenue
New York, New York 10016
(212) 210-9400
Attorneys for Defendant,
United Parcel Service, Inc.

To:   William Ortiz
      #19003-054
      F.C.I. Otisville
      P.O. Box 1000
      Otisville, NY 10963

LEGAL02/30778386v1