UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WILLIAM ORTIZ,

                             Plaintiff,                   08 Civ. 02210 (PKC) (DF)

       -against-                               **SCHEDULING ORDER**

UNITED PARCEL SERVICE,

                             Defendants.

------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

    It is hereby ORDERED that:

    1.    The Warden or other official in charge of the Otisville Federal Correctional Institution shall make inmate William Ortiz, #19003-054, available to participate in a telephone conference call with the Court and counsel for Defendants on June 16, 2008 at 10:00 a.m.

    2.    The office of Alston & Bird, L.L.P., counsel for Defendants, shall provide a copy of this Order to the appropriate official at Otisville Federal Correctional Institution and shall make arrangements to call in to the Court with Plaintiff on the line for the conference.

Dated:  New York, New York
          May 29, 2008

                                                      SO ORDERED

                                                      DEBRA FREEMAN
                                                      United States Magistrate Judge

<u>Copies to:</u>

Mr. William Ortiz
#19003-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Judith Amorosa, Esq.
Karl Geercken, Esq.
Alston & Bird, L.L.P.,
90 Park Avenue
New York, NY 10016