# CERTIFICATE OF SERVICE

**ORANGE COUNTY SHERIFF'S OFFICE**
CARL E. DUBOIS, SHERIFF
110 WELLS FARM ROAD
GOSHEN, NEW YORK 10924-6740
CIVIL UNIT
TELEPHONE (845) 291-2933      FAX (845) 291-7603

---

STATE OF NEW YORK
UNITED STATES DISTRICT COURT COURT         COUNTY OF Orange County

Docket No.:   08003051
Index No:     08 Civ. 02210 (PKC) (DF)

William Ortiz, Plaintiff

    -against-

United Parcel Service, Defendant(s)

I, Jason DeWitt certify that on 6/10/2008, at approximately 10:02AM, at:

    Otisville FCI
    Two Mile Drive
    Otisville, NY 10963

service of the within LETTER & Scheduling Order was made upon:

    Warden or other Official in charge

CORPORATE SERVICE – a domestic corporation, by delivering thereat a true copy of each to Lenore Knoblack personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be Legal Administrator thereof.

WHITE Female BLONDE Hair 155 lbs. 5' 09" age 41

The following attempts at personal service were made:
This is the first attempt at service

By: _____          Dated: 06/12/08

*FORM CPF-03C rev. 12/13/06*