UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

WILLIAM ORTIZ,

                Plaintiff,　　　　08 Civ. 02210 (PKC) (DF)

      -against-　　　　　　　　　　　**SCHEDULING ORDER**

UNITED PARCEL SERVICE,

                Defendant.
------------------------------------------------------------------X

**DEBRA FREEMAN, United States Magistrate Judge:**

It is hereby ORDERED that the office of Alston & Bird, LLP, counsel for Defendant, shall make arrangements for plaintiff to participate in a telephone conference call with counsel and the Court on September 2, 2008, at 10:30 a.m., and shall initiate that call to my chambers on that date.

Dated: New York, New York
         July 31, 2008

                                        SO ORDERED

                                        _____
                                        DEBRA FREEMAN
                                        United States Magistrate Judge

<u>Copies to:</u>

Mr. William Ortiz
#19003-054
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

Judith Amorosa, Esq.
Alston & Bird, LLP
90 Park Avenue
New York, NY  10016